ESTATE PROPERTY CORPORATION, Appellant, *v.* HUDSON COAL COMPANY, Respondent.

Argued November 27, 1940; decided December 31, 1940.

773

*Frank A. Fritz, Arthur P. West* and *Leo G. Fritz* for appellant.

*Samuel Seabury* and *Thomas L. Ennis* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, SEARS, LEWIS and CONWAY, JJ.